UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:21-cv-60330-RS

MARIANA CARDOSO,

    Plaintiff,

v.

RWJ BARNABAS HEALTH, INC.,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Mariana Cardoso and Defendant RWJ Barnabas Health, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows: All claims of the Plaintiff are hereby dismissed without prejudice, with each party to bear their own attorney's fees and costs.  All claims of the putative class members are hereby dismissed without prejudice.

Date: March 18, 2021

    Respectfully submitted,

**HIRALDO P.A.**
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
Florida Bar No. 030380
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
*Counsel for Plaintiff*

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102

*Brielle A. Basso*
Brielle A. Basso, Esq.
(*admitted pro hac vice*)
bbasso@gibbonslaw.com
*Counsel for Defendant*