UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60330-CIV-SMITH

MARIANA CARDOSA,

      Plaintiff,

v.

RWJ BARNABAS HEALTH, INC.,

      Defendant.

_____/

**ORDER OF FINAL DISMISSAL**

This cause is before the Court on the parties' Stipulation of Dismissal without Prejudice [DE 17]. Upon consideration, it is hereby:

**ORDERED that:**

1. This case is **DISMISSED WITHOUT PREJUDICE.**

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 19th day of March, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record